# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3113
_____

CHARLIE RICHARDSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

April 24, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Ted A. Stokes, Milton, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.